JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTICE LEAGUE CONSULTING, | CV 20-10411 PA (RAOx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| 6th CIRCUIT COURT OF APPEALS, et al., | |
| Defendants. | |

Pursuant to the Court's January 22, 2021 Minute Order dismissing this action without prejudice pursuant to 28 U.S.C. § 1406,,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice for having been filed in the wrong venue.

DATED: January 22, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE